THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEDEE SUE STEPHENS | § | CASE NO. 25-40293-R |
| XXX-XX-1281 | § | |
| 6500 FLOYD DR | § | CHAPTER 13 |
| FT WORTH, TX 76116 | § | |
| | § | |
| DEBTOR | § | |

### TRUSTEE'S REPORT FOR CONFIRMATION AND WITNESS AND EXHIBIT LIST

### TRUSTEE'S REPORT FOR CONFIRMATION

Attorney for Debtor: RUBIN & ASSOCIATES PC            Trustee: CAREY D. EBERT

Plan filed on: February 3, 2025

Confirmation Hearing: April 09, 2025

Applicable Committment Period: 60

I. Budget Information
   A. Monthly income:

   | | | |
   |---|---|---:|
   | Debtor | $ | 0.00 |
   | Joint Debtor | $ | 0.00 |
   | Other | $ | 10,273.47 |
   | Total | $ | 10,273.47 |
   | Expenses | $ | 9,822.75 |
   | Difference | $ | 450.72 |

   B. Monthly plan payments                                                    *

   $450.00    for 60 months =            $   27,000.00

II. Analysis of Plan
   A. Monthly plan payment                                                   *
   B. Plan duration in months                                               60
   C. Total to be paid into plan                        $   27,000.00
   D. Administrative allowance (10% of total to be paid into plan)   $    2,700.00
   E. Net available to creditors                        $   24,300.00

The Plan proposes the following treatment of the listed claims:

| Creditor | Proposed Principal Amount | Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|
| **TREATMENT OF SECURED CLAIMS:** | | | | | |
| **Section 3.1 - Post Petition Home Mortgage Claims** | | | | | |
| EECU TRUHOME SOLUTIONS<br>    HOMESTEAD (Debtor is disbursing agent) | $0.00 | 0.00 | | $2,368.00 | $0.00 |
| LINEBARGAR GOGGAN BLAIR & SAMPS<br>    PROPERTY TAXES (Debtor is disbursing agent) | $0.00 | 0.00 | | $0.00 | $0.00 |
| FT WORTH ISD<br>    PROPERTY TAXES (Debtor is disbursing agent) | $0.00 | 0.00 | | $0.00 | $0.00 |
| TARRANT COUNTY<br>    PROPERTY TAXES (Debtor is disbursing agent) | $0.00 | 0.00 | | $0.00 | $0.00 |
| **Section 3.2 - Cure Claims** | | | | | |
| EECU TRUHOME SOLUTIONS<br>    MORTGAGE ARREARS | $15,000.00 | 0.00 | 1-60 | $0.00 | $15,000.00 |
| **TOTAL PAID TO SECURED CLAIMS:** | | | | | $ 15,000.00 |
| **TREATMENT OF ADMINISTRATIVE EXPENSES, DSO CLAIMS AND OTHER PRIORITY CLAIMS:** | | | | | |
| **Section 4.3 - Attorney Fees:** | | | | | |
| RUBIN & ASSOCIATES PC<br>    DEBTOR ATTORNEY | $3,500.00 | 0.00 | | $0.00 | $3,500.00 |
| **Section 4.6 - Priority Claims - Taxes and Other Priority Claims Excluding Attorney Fees and DSO** | | | | | |
| INTERNAL REVENUE SERVICE<br>    TAXES | $3,441.00 | 0.00 | 1-60 | $0.00 | $3,441.00 |
| **TOTAL PAID TO PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS:** | | | | | $ 6,941.00 |

**Section 5.2 - General Unsecured Claims**

Allowed nonpriority unsecured claims shall comprise a single class of creditors and will be paid:

☐ 100% + interest
☐ 100% + interest with no future modifications to treatment under this section
☒ Pro Rata Share of all funds remaining after payment of all secured, priority, and specially classified unsecured claims.

| | |
|---|---:|
| Debtor Non Exempt Property | $2,257.00 |
| Trustee Asserted Non Exempt Property | $2,257.00 |
| **TOTAL PAID TO PRIORITY, SPECIALLY CLASSIFIED UNSECURED AND SECURED CLAIMS:** | **$21,941.00** |
| **AMOUNT AVAILABLE TO UNSECURED CLAIMS:** | **$2,359.00** |
| **PROJECTED DISPOSABLE INCOME AMOUNT UNDER 11 USC §1325(b):** | **$0.00** |

The Trustee objects to confirmation on the following grounds:

- It does not appear that the Debtors will be able to make all payments under the plan as required by 11 USC §1325(a)(6). Because the payments are not feasible, it appears the Debtors will ultimately have to sell or refinance the homestead to satisfy the various arrears. Trustee requires the following additional provision:

    Trustee objected to feasibility, for among other reasons the plan contemplates a sale or refinance of a house or inability to make payments will likely result in a sale or refinance of the homestead. To resolve the feasibility objection, the Debtors agree if they seek to sell or refinance their homestead: (a) they will move to approve any sale or refinancing; (b) the title company shall be deemed to have received and distributed on the Trustee's behalf all amounts paid on claims that are to be paid through this plan, remain unpaid, and are paid at closing; (c) the Trustee shall receive a fee on all the amounts received and distributed on her behalf; and (d) the title company at closing will distribute to the Trustee her fee based on the then prevailing Trustee fee percentage.

- The Debtor has not tendered to the Chapter 13 Trustee the following documents:
    - Current declaration regarding status of post-petition obligations. (TXEB Local Form 3015-c)

## WITNESS AND EXHIBIT LIST

The Trustee reserves the right to call as a witness any or all of the following listed persons in relation to confirmation:

1. Carey D. Ebert
3. Debtor
4. Any witness designated by other party

The Trustee reserves the right to introduce into evidence any or all of the following:

1. Copy of the Trustee's Confirmation Report, Witness and Exhibit List
2. Copies of any schedules or pleadings as filed herein by the Debtor or any other party
3. Copies of any Proof of Claim as filed herein by any creditor or other party
4. Copies of any Chapter 13 Plan and amendments thereof filed herein by the Debtor
5. Copy of the latest computer printout from the Trustee's office representing the Chapter 13 Plan payments received by the Trustee from the Debtor
6. If the Debtor is self-employed, the Debtor's monthly operating reports or profit and loss statements provided to the Trustee
7. Copies of the Debtor's prior years' tax returns as provided to the Trustee
8. Copy of Required Amendments sheet from the §341 Meeting of Creditors
9. Copy of any other document produced by the Debtor at the §341 Meeting of Creditors, or subsequently produced by the Debtor to the Trustee
10. Copy of the current issue of the Dallas/Fort Worth Metroplex Apartment Guide and/or copies of current reports from www.apartmentratings.com
11. Reports from news media sources for the DFW Metroplex
12. Copies of any other exhibits designated by any other party

Copies of these exhibits will be provided by the Trustee upon request by any party.

Respectfully submitted,

/s/ Carey D. Ebert
Carey D. Ebert, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580
ch13plano@ch13plano.com

# CERTIFICATE OF SERVICE

  This is to certify the foregoing has been served on: (a) the parties listed below by either first class mail, the Court's electronic filing system (ECF), or by electronic means the recipient has consented to in writing; (b) all other parties receiving ECF notice; and (c) on any other party as listed in any additional certificate of service filed in connection with this pleading.

| | |
|---|---|
| DEEDEE SUE STEPHENS<br>6500 FLOYD DR<br>FT WORTH, TX  76116 | LINEBARGAR GOGGAN BLAIR & SAMPSON LLP<br>3500 MAPLE AVE SUITE 800<br>DALLAS, TX  75219 |
| \*  RUBIN & ASSOCIATES PC<br>4201 SPRING VALLEY ROAD<br>SUITE 1130<br>DALLAS, TX  75244 | |

Dated: <u>March 31, 2025</u>

/s/ Carey D. Ebert
Office of the Standing Chapter 13 Trustee